IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVE SAMUEL GEE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-CV-0833-D |
| | § | |
| STATE OF TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the June 12, 2018 findings, conclusions, and recommendation of the magistrate judge, and petitioner's June 26, 2018 objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and this action is remanded to the 422nd Judicial District Court of Kaufman County, Texas.

Further, it is ordered that Stacey D. Gee is awarded costs and actual expenses, including reasonable attorney's fees, under 28 U.S.C. § 1447(c). Pursuant to 28 U.S.C. § 636(b)(1), the amount of such costs and actual expenses, including attorney's fees, to be awarded to Stacey D. Gee under 28 U.S.C. § 1447(c) is REFERRED to United States Magistrate Judge David L. Horan for findings and recommendation under 28 U.S.C. § 636(b)(1). The court retains jurisdiction over the determination of this award, but it otherwise remands the case.

This action is remanded to the 422nd Judicial District Court of Kaufman

County, Texas. The clerk of court shall effect the remand according to the usual procedure.

**SO ORDERED**.

July 5, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE