IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| STEVE SAMUEL GEE, JR., | § | |
|---|---|---|
| Plaintiff, | § | |
| V. | § | No. 3:18-CV-0833-D |
| STATE OF TEXAS, ET AL., | § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court awards Stacey D. Gee the sum of $5,002.60 in costs and actual expenses, including reasonable attorney's fees, under 28 U.S.C. § 1447(c), payable within 30 days of the date of this order.

**SO ORDERED**.

October 3, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE